STATE v. JOHNSON

No. 374P98

Case below: 130 N.C.App. 613

Petition by defendant for representation of indigent defendant and for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

STATE v. JONES

No. 436A98

Case below: 130 N.C.App. 758

Motion by Attorney General to dismiss appeal allowed 3 December 1998.

STATE v. KANDIES

No. 197A94-2

Case below: Randolph County Superior Court

Defendant's petition for writ of certiorari is allowed 5 November 1998 for the limited purpose of remanding this case to the Superior court, Randolph County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254, —— S.E.2d ——.

STATE v. KING

No. 328P98

Case below: 123 N.C.App. 788

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.